# FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. SECTION 1983

In the United States District Court
District of _____

David Wattleton
Enter above the full name of the plaintiff in this action.

04-40206

vs.

John Doe
Trust Fund Supervisor
Enter above the full name of the defendant or defendants in this action.

## I. Parties

(In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of Plaintiff  David Wattleton - 50260-019
   Current Address  FMC-Devens - P.O. Box 879, Ayers, MA 01432

(In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the same information regarding any additional defendants.)

B. Defendant  John Doe, Trust Fund Supervisor  is
   employed as  FMC-Devens, Federal Bureau of Prisons
   at  Ayers, Massachusetts

C. Additional Defendants _____

## II. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also include the names of any other persons involved, dates and places of events. You may cite Constitutional Amendments you alleged were violated, but do not give any legal arguments or quote any cases or statutes.

1.

If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. (Attach additional sheet if necessary).

See attached

## III. Relief

Briefly state exactly what you want the court to do for you. (Make no legal arguments. Do not cite cases or statutes.)

See attached

( ) Jury Trial          ( ) Non-Jury Trial

## IV. Place of present confinement   FMC-Devens, Ayers, MA

A. Is there a prisoner grievance procedure in this Institution? (✓) Yes    ( ) No

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
   ( ) Yes    (✓) No

C. If your answer is Yes:

   1. What steps did you take? _____

   2. What was the result? _____

2.

D. If your answer is **NO**, explain why not. __no response__

E. If there is no prison grievance procedure on the institution, did you complain to the prison authorities?
   ( ) Yes    ( ) No

F. If your answer is **YES**:
   1. What steps did you take? _____
   2. What was the result? _____

## V. Previous Lawsuits

A. Have you ever begun other lawsuits in any state or federal court relating to your imprisonment?
   ( ) Yes    (✓) No

B. If your answer to A is **YES**: You must describe any lawsuits, currently pending or closed, in the space below. (If there is more than one lawsuit, you must describe the additional lawsuits on another piece of paper, using the same outline.)

   1. **Parties to previous lawsuit:**

      Plaintiff(s) _____

      Defendants _____

   2. Court (if federal court, name the District; if state court, name county): _____
   3. Docket number: _____
   4. Name of Judge to whom case was assigned _____
   5. Disposition (was the case dismissed? Appealed? Still pending?) _____
   6. Approximate date of filing lawsuit _____
   7. Approximate date of disposition _____

**I declare under penalty of perjury that the foregoing is true and correct.**

__10-12-04__                            __David Watts__
(Date)                                  (Signature of Plaintiff)

3,

The plaintiff, David Wattleton, through pro se, hereby files this complaint under 42 U.S.C. Section 1983 requesting mandatory preliminary injunctive relief in the form of an order from this Court enjoining the Bureau of Prisons (BOP) from collecting from his account more than what is required to pay the clerk in the district courts where he owes partial filing fees. He believes that pursuant to the Prison Litigation Reform Act pursuant to 28 U.S.C. Section 1915 new requirements have been placed on prisoners proceeding pro se when filing in the federal courts. One of those new requirements involves allowing prison officials to collect and pay partial filing fees to the clerk in the district court. Mr. Wattleton asserts that pursuant to the Act and consistent with the signed consent form he agreed to pay to the various specified district courts 20% of the average monthly deposits in his account... until the balance of his fees are paid. However, Mr. Wattleton argues that prison officials are collecting 80% of every deposit that is made into his account. The consent form that he signed authorized the trust fund account manager to collect 20% of Mr. Wattleton's monthly average. Mr. Wattleton contends that the excessive amount of funds being withdrawn from his account is in violation of the PLRA and he request an order from this Court enjoining the BOP from refraining from this practice and return the overpayment back into his account.