# UNITED STATES DISTRICT COURT

_____ District of _____

David Wattleton
Plaintiff

V.

John Doe, Trust Fund Supervisor
Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: **04-40206**

I, __David Wattleton__ declare that I am the (check appropriate box)

☑ petitioner/plaintiff/movant    ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☑ Yes    ☐ No    (If "No," go to Part 2)

    If "Yes," state the place of your incarceration __FMC Devens__

    Are you employed at the institution? __No__    Do you receive any payment from the _____

    Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    ☐ Yes    ☑ No

    a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
    5-26-99 - $785.00 p/wk  U.S. Motivation, 7800 Roswell Rd, Roswell, GA

3. In the past 12 twelve months have you received any money from any of the following sources?

    a. Business, profession or other self-employment    ☐ Yes    ☑ No
    b. Rent payments, interest or dividends    ☐ Yes    ☑ No
    c. Pensions, annuities or life insurance payments    ☐ Yes    ☑ No
    d. Disability or workers compensation payments    ☐ Yes    ☑ No
    e. Gifts or inheritances    ☐ Yes    ☑ No
    f. Any other sources    ☐ Yes    ☑ No

    If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

AO 240 Reverse (Rev. 10/03)

4. Do you have any cash or checking or savings accounts?   ☐ Yes   ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?   ☐ Yes   ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

_10-12-04_     _[signature]_
Date          Signature of Applicant

NOTICE TO PRISONER: A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

In The United States District Court
For The District of Massachusetts
Worcester Division

David Wattleton,
    Plaintiff,

vs

John Doe, Trust Fund Supervisor
FMC-Devens

04-40206

Motion In Support of Motion
To Proceed In Forma Pauperis

Comes Now, the plaintiff David Wattleton, through pro se, hereby files this supplemental brief in support of motion to proceed in forma pauperis. He asserts that he is an involuntarily committed patient at FMC-Devens and is not a "prisoner" within the meaning of 28 U.S.C. Section 1915(h). Therefore, he need not submit a detailed inmate account ledger in order to prove his indigent status to proceed without paying filing fees. See Kolocotronis v Morgan, 247 F3d 726 (8'Cir 2001).

Wherefore, for the reason stated in the above, Mr. Wattleton request that this Court should grant him in forma pauperis status.

Respectfully submitted
David Wattleton